# EXHIBIT 2

**Exhibit 2: Claim Chart**

The following claim chart demonstrates that the Accused Instrumentalities include each and every feature of claims 1-8 of U.S. Patent No. 9,642,761. Images from Defendant's website, and an actual product procured from Defendant, are labeled with reference numerals for ease of mapping the claim features to the Accused Instrumentalities. This mapping is provided by way of example and without limitation at this preliminary stage. Similarly, portions of the claims of U.S. Patent No. 9,642,761 are prefixed with alphanumeric letters for ease of reference and without limitation.

| **Claim Limitation** | **Example Infringement by TRL Chiro Supreme 3.0 Models** |
|---|---|
| [1-pre] A patient table including | The Accused Instrumentalities clearly are patient tables. For example, Defendant advertises that the Accused Instrumentalities are "designed for clinics ready to move beyond basic spinal therapy equipment into a premium hi-lo table built for flexion distraction, positioning, and advanced patient workflows." *See* https://trltables.com/products/supreme-3-0-hi-lo-flexion-distraction-table. See also annotated images below. |
| [1-a] a table top, | The Accused Instrumentalities clearly include a table top (102). See annotated images below. |
| [1-b] a lower frame, | The Accused Instrumentalities clearly include a lower frame (103). See annotated images below. |
| [1-c] an intermediate frame, which is arranged between the table top and the lower frame and pivotally connected to the lower frame by a lower joint of the intermediate frame so as to turn in relation to the lower frame and to the table top by an upper joint of the intermediate frame so as to turn in relation to the table top, | The Accused Instrumentalities clearly include an intermediate frame (104), which is arranged between the table top (102) and the lower frame (103). The intermediate frame (104) clearly is pivotally connected to the lower frame (103) by a lower joint (105) of the intermediate frame so as to turn in relation to the lower frame, and to the table top (102) by an upper joint (106) of the of the intermediate frame so as to turn in relation to the table top. See annotated images below. |
| [1-d] a lower actuator, which at its lower end is pivotally connected to the lower frame by a lower joint (108) of the lower actuator and at its upper end to the table top or the intermediate frame by an upper joint of the lower actuator, and | The Accused Instrumentalities clearly include a lower actuator (107), which at its lower end is pivotally connected to the lower frame by a lower joint (108) of the lower actuator and at its upper end to the table top or the intermediate frame by an upper joint (109) of |

| **Claim Limitation** | **Example Infringement by TRL Chiro Supreme 3.0 Models** |
|---|---|
| | the lower actuator. See annotated images below. |
| [1-e] an upper actuator, which at its lower end is pivotally connected to the lower frame or the intermediate frame by a lower joint of the upper actuator and at its upper end to the table top by an upper joint of the upper actuator, | The Accused Instrumentalities clearly include an upper actuator (110), which at its lower end is pivotally connected to the lower frame or the intermediate frame by a lower joint (111) of the upper actuator and at its upper end to the table top by an upper joint (112) of the upper actuator. See annotated images below. |
| [1-f] the lower joint of the lower actuator being at a distance from the lower joint of the intermediate frame and | In the Accused Instrumentalities, the lower joint (108) of the lower actuator clearly is at a distance from the lower joint (105) of the intermediate frame. See annotated images below. |
| [1-g] the upper joint of the upper actuator being at a distance from the upper joint of the intermediate frame, | In the Accused Instrumentalities, the upper joint (112) of the upper actuator clearly is at a distance from the upper joint (106) of the intermediate frame. See annotated images below. |
| [1-h] wherein the lower joint of the intermediate frame, the lower joint of the lower actuator and the lower joint of the upper actuator are at a horizontal distance from a first end of the lower frame that is less than half of the length of the lower frame, | In the Accused Instrumentalities, the lower joint (105) of the intermediate frame, the lower joint (108) of the lower actuator and the lower joint (111) of the upper actuator clearly are at a horizontal distance from a first end (E) of the lower frame that is less than half of the length of the lower frame. See annotated images below. |
| [1-i] wherein the upper joint of the lower actuator is further away from the first end of the lower frame, when seen in a horizontal direction, than the lower joint of the lower actuator, | In the Accused Instrumentalities, the upper joint (109) of the lower actuator clearly is further away from the first end (E) of the lower frame, when seen in a horizontal direction, than the lower joint (108) of the lower actuator. See annotated images below. |
| [1-j] the upper joint of the upper actuator is further away from the first end of the lower frame, when seen in the horizontal direction, than the lower joint of the upper actuator, and | In the Accused Instrumentalities, the upper joint (112) of the upper actuator clearly is further away from the first end (E) of the lower frame, when seen in the horizontal direction, than the lower joint (111) of the upper actuator. See annotated images below. |
| [1-k] the upper joint of the intermediate frame is further away from the first end of the lower frame, when seen in the horizontal direction, than the lower joint of the intermediate frame. | In the Accused Instrumentalities, the upper joint (106) of the intermediate frame is further away from the first end (E) of the lower frame, when seen in the horizontal direction, |

| Claim Limitation | Example Infringement by TRL Chiro Supreme 3.0 Models |
| --- | --- |
| | than the lower joint (105) of the intermediate frame. See annotated images below. |
| | |
| [2] A patient table as claimed in claim 1, wherein the distance of the lower joint of the lower actuator from the lower joint of the intermediate frame is smaller than the length of the intermediate frame. | In the Accused Instrumentalities, the distance of the lower joint (108) of the lower actuator from the lower joint (105) of the intermediate frame clearly is smaller than the length of the intermediate frame (104). See annotated images below. |
| | |
| [3] A patient table as claimed in claim 1, wherein the lower joint of the intermediate frame, the lower joint of the lower actuator and the lower joint of the upper actuator are at a horizontal distance from the first end of the lower frame that is less than one third of the length of the lower frame. | In the Accused Instrumentalities, the lower joint (105) of the intermediate frame, the lower joint (108) of the lower actuator and the lower joint (111) of the upper actuator clearly are at a horizontal distance from the first end (E) of the lower frame that is less than one third of the length of the lower frame. See annotated images below. |
| | |
| [4] A patient table as claimed in claim 1, wherein the length of the intermediate frame is more than half of the length of the lower frame. | In the Accused Instrumentalities, the length of the intermediate frame (104) clearly is more than half of the length of the lower frame (103). See annotated images below. |
| | |
| [5] A patient table as claimed in claim 1, wherein the upper joint of the lower actuator is arranged to the table top and to a distance from the upper joint of the intermediate frame. | In the Accused Instrumentalities, the upper joint (109) of the lower actuator clearly is arranged to the table top (102) and to a distance from the upper joint (106) of the intermediate frame. |
| | |
| [6] A patient table as claimed in claim 1, wherein the lower actuator and the upper actuator are actuators producing force in one direction. | In the Accused Instrumentalities, the lower actuator (107) and the upper actuator (110) are actuators producing force in one direction. Defendant identifies "Hi-Lo Electric Elevation (Dual Motor)" as a "key feature" of the Accused Instrumentalities. *See* https://trltables.com/products/supreme-3-0-hi-lo-flexion-distraction-table. The beginning of the "featured walkthrough" video begins by showing the lower actuator and the upper actuator producing force in one direction "to bring the table up." *See id.* The LINAK actuators incorporated into the Accused |

| **Claim Limitation** | **Example Infringement by TRL Chiro Supreme 3.0 Models** |
|---|---|
| | Instrumentalities produce force in one direction. |
| | |
| [7] A patient table as claimed in claim 6, wherein the lower actuator and the upper actuator are pushing actuators. | In the Accused Instrumentalities, the lower actuator (107) and the upper actuator (110) are pushing actuators. Defendant identifies "Hi-Lo Electric Elevation (Dual Motor)" as a "key feature" of the Accused Instrumentalities. *See* https://trltables.com/products/supreme-3-0-hi-lo-flexion-distraction-table. The beginning of the "featured walkthrough" video begins by showing the lower actuator and the upper actuator producing force in one direction "to bring the table up." *See id.* The LINAK actuators incorporated into the Accused Instrumentalities are pushing actuators. |
| | |
| [8] A patient table as claimed in claim 7, wherein the patient table, the lower actuator and the upper actuator are under pressure within the entire operating range of the patient table. | In the Accused Instrumentalities, the patient table, the lower actuator (107) and the upper actuator (110) are under pressure within the entire operating range of the patient table. The LINAK actuators incorporated into the Accused Instrumentalities are under pressure within the entire operating range of the patient table. |

**Annotated Images from Defendant's Website:** https://trltables.com/products/supreme-3-0-hi-lo-flexion-distraction-table






**Annotated Images of Actual Delivered Product**




